# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00696-CV

### In re Robert Brown III

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator, Robert Brown III, an inmate in the Texas Department of Criminal Justice, has filed an original petition for writ of mandamus asking this Court to compel the Texas Department of Family and Protective Services to comply with a request he made under the Texas Public Information Act (TPIA).[1]

This Court has no original mandamus jurisdiction under the TPIA. Instead, the Legislature has vested jurisdiction for Brown's claim in the district courts of Travis County.[2] Accordingly, we deny Brown's petition for writ of mandamus.[3]

---

[1] *See* Tex. Gov't Code §§ 552.001-.353.

[2] *See id*. § 552.321(b) ("A suit filed by a requestor [seeking mandamus relief under the TPIA] must be filed in a district court for the county in which the main offices of the governmental body are located."); *In re Turner*, 998 S.W.2d 935, 935 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding) (per curiam) (holding court of appeals lacked original mandamus jurisdiction under the TPIA); *Garner v. Gately*, 909 S.W.2d 61, 62 (Tex. App.—Waco 1995, orig. proceeding) (per curiam) (same).

[3] *See* Tex R. App. P. 52.8(a).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Filed:   November 7, 2014